## GUINN v. STATE.
### No. 22369.

Court of Criminal Appeals of Texas.
Jan. 20, 1943.

No attorney, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is before us without bills of exception and without statement of facts.

The procedure is regular. We find nothing for our consideration.

The judgment of the trial court is affirmed.